IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERRICK WAY | CRIMINAL ACTION NO. 94-488-1 |
| v. | CIVIL ACTION No. 10-2620 |
| UNITED STATES OF AMERICA | |

FILED DEC 01 2010 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## ORDER

AND NOW, this 30th day of November, 2010, upon consideration of Petitioner's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (Doc. No. 258), and Respondents' response thereto (Doc. No. 265), **IT IS HEREBY ORDERED** that Petitioner's motion is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**IT IS FURTHER ORDERED** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

_____
LOWELL A. REED, JR., S.J.